**Gail SYMONS**

v.

**Joseph Q. CALISTA, Clerk of Superior Court.**

**No. 82–487–M.P.**

Supreme Court of Rhode Island.

Jan. 6, 1983.

Anthony T. Jackvony, Providence, for petitioner.

Anderson, Henning & Anderson, Paul A. Anderson, Providence, for amicus curiae, Allstate Insurance Company.

**ORDER**

The petition for writ of mandamus is denied.

■

**Alfred H. LANCELLOTTI**

v.

**Alma U. LANCELLOTTI.**

**No. 82–544–M.P.**

Supreme Court of Rhode Island.

Jan. 13, 1983.

Joseph E. Marran, Jr., Pawtucket, for petitioner.

**ORDER**

The petition for writ of certiorari and petitioner's motion for stay are both denied.

■

**George NAJARIAN**

v.

**Matthew J. GILL.**

**No. 83–13–M.P.**

Supreme Court of Rhode Island.

Jan. 13, 1983.

Thomas A. DiLuglio, Neil P. Philbin, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., for respondent.

**ORDER**

The petition for writ of habeas corpus is denied.

■

**John G. RATCLIFFE**

v.

**John H. NORBERG, Tax Administrator.**

**No. 82–565–M.P.**

Supreme Court of Rhode Island.

Jan. 13, 1983.

Oster, Groff & Prescott, George M. Prescott, Lincoln, for petitioner.

Dennis J. Roberts II, Atty. Gen., Susan E. McGuirl, Deputy Atty. Gen., Perry Shatkin, Chief Legal Officer (Taxation), for respondent.

**ORDER**

The petition for writ of certiorari is denied.